# EXHIBIT 1

## "La Pizza" Book Cover – English Edition



**Protected Photo 1**



*'O scatolë per trasportarla!'*

## Protected Photo 2



## Protected Photo 3



**Protected Photo 4**



## Protected Photo 5



**Protected Photo 6**



**Protected Photo 7**



## Protected Photo 8



## Protected Photo 9



# Protected Photo 10



**Protected Photo 11**



## Protected Photo 12



# Protected Photo 13



## Protected Photo 14



144

# EXHIBIT 2

U.S. Vapiano Restaurants

|   | Restaurants | Address |
|---|---|---|
| 1. | Vapiano M Street | 1800 M Street N.W. Washington, DC 20036 |
| 2. | Vapiano Chinatown | 623-625 H Street N.W. Washington, DC 20001 |
| 3. | Vapiano Ballston | 4401 Wilson Boulevard Arlington, VA 22203 |
| 4. | Vapiano Dulles Town Center | 21100 Dulles Town Circle Dulles, VA 20166 |
| 5. | Vapiano Gulf Coast Town Center | Gulf Coast Town Center 9924 Gulf Coast Main Street, Suite 130 Fort Myers, Fl 33913 |
| 6. | Vapiano Dallas | 5319 S. Mockingbird Lane, Suite 100 Dallas, TX |

# EXHIBIT 3

Foreign Vapiano Restaurants

|  | Foreign Countries | Address |
|---|---|---|
| 1. | Austria | Theobaldgasse 19, A-1060<br>Wien |
| 2. | Austria | Praterstraße 24-26, A-1020<br>Wien |
| 3. | Austria | Herrengasse 6-8, A-1010<br>Wien |
| 4. | Croatia | Radnička Cesta c.37, HR-10000<br>Zagreb |
| 5. | Estonia | Foorum Keskus, Hobujaama 10<br>Tallinn |
| 6. | Estonia | Solaris Centre, Estonia Pst. 9<br>Tallinn |
| 7. | Germany | Franzstrasse 51 . D-52064<br>Aachen |
| 8. | Germany | Augsburger Strasse 43, D-10789<br>Berlin |
| 9. | Germany | Potsdamer Platz 5, D-10785<br>Berlin |
| 10. | Germany | Mittelstrasse 51-52, D-10117<br>Berlin |
| 11. | Germany | Ollenhauerstrasse 1, D-53113<br>Bonn |
| 12. | Germany | Ritterbrunnen 4, D-38100<br>Braunschweig |
| 13. | Germany | Knochenhauerstrasse 16/17, D-28195<br>Bremen |
| 14. | Germany | Rückseite Der Schadowarkaden<br>Martin-Luther-Platz 28, D-40212<br>Düsseldorf |
| 15. | Germany | Kaiserswerther Strasse 229,. D-40474<br>Düsseldorf2 |
| 16. | Germany | Hansakontor, Silberstrasse 22, D-44137<br>Dortmund |
| 17. | Germany | Prager Str. St. Petersburger Str. 26, D-01069<br>Dresden |
| 18. | Germany | Theaterpassage, Rathenaustrasse 2-4, 45127<br>Essen |
| 19. | Germany | Goetheplatz 1-3, D-60313<br>Frankfurt 1 |

|     | Foreign Countries | Address |
| --- | --- | --- |
| 20. | Germany | Westend Duo, Bockenheimer Landstrasse 24, D-60323<br>Frankfurt |
| 21. | Germany | Hanauer Landstrasse 150, D-60314<br>Frankfurt |
| 22. | Germany | Elbersufer 1 / Märkischer Ring, 58095<br>Hagen |
| 23. | Germany | Hohe Bleichen 10, D-20354<br>Hamburg |
| 24. | Germany | Rothenbaumchaussee 76, D-20148<br>Hamburg |
| 25. | Germany | Kurze Mühren 20, D-20095<br>Hamburg |
| 26. | Germany | Kaistrasse 51, D-24114<br>Kiel |
| 27. | Germany | Constantinstrasse 83-85, D-50679<br>Köln |
| 28. | Germany | Behnisch-Haus , Marktstrasse / Petersstrasse, D-47798<br>Krefeld |
| 29. | Germany | Augustusplatz 11, D-04109<br>Leipzig |
| 30. | Germany | Friedrichsplatz 1, D-68165<br>Mannheim |
| 31. | Germany | Salvatorpassage, Fünf Höfe, Theatinerstrasse 15, D-80333<br>München |
| 32. | Germany | Zentraler Omnibusbahnhof, Hackerbrücke 4, D-80335<br>München |
| 33. | Germany | Forum Bogenhausen, Richard-Strauss-Strasse 80-82, D-81679<br>München |
| 34. | Germany | Kettelerscher Hof, Königsstrasse 51-53, D-48143<br>Münster |
| 35. | Germany | Königstrasse 17, D-90402<br>Nürnberg |
| 36. | Germany | Kasinoplatz 3, D-26122<br>Oldenburg |
| 37. | Germany | Herrenteichstrasse 7-13, 49074<br>Osnabrück |
| 38. | Germany | Bahnhofstrasse 22-24,. D-66111<br>Saarbrücken |

|     | Foreign Countries | Address |
| --- | --- | --- |
| 39. | Germany | Bolzstrasse 7, D-70173<br>Stuttgart |
| 40. | Germany | Schlossstrasse 70, D-70176<br>Stuttgart |
| 41. | Germany | Wilhelmstrasse 52 E-F, D-65183<br>Wiesbaden |
| 42. | Hungary | Fashion Street, Bécsi Utca 5.<br>Budapest |
| 43. | Hungary | Fashion Street, Piac utca 1, H-4025<br>Debrecen |
| 44. | Netherlands | Oosterdokskade 145, NL-1011 DL<br>Amsterdam |
| 45. | Netherlands | Buitenhof 45-51, NL-2513 AH<br>Den Haag |
| 46. | Poland | Marynarska Business Park, Ul. Tasmowa 7, 02-677<br>Warszawa |
| 47. | Poland | Justin Center, Ul. Krawiecka 3a, 50-148<br>Wrocław |
| 48. | Romania | Anchor Plazza Office<br>Ground Floor, A Block, Sector 6<br>26Z Timisoara Blvd., 061331<br>Bukarest |
| 49. | Saudi Arabia | Tahlia Street. Ksa Riyadh<br>Riad |
| 50. | Serbia | Ušće Shoping Center<br>Bulevar Mihajla Pupina 4<br>11000 Srbija<br>Beograd |
| 51. | Sweden | Sturegatan 12, SE-114 36<br>Stockholm |
| 52. | Sweden | Gamla Stan, Munkbrogatan 8, SE-114 27<br>Stockholm |
| 53. | Switzerland | Sihlcity, Kalanderplatz 9, CH-8045<br>Zürich |
| 54. | Turkey | Bağdat Cad. Selim Ragip Emeç Sok, 4<br>Istanbul |
| 55. | United Arab Emirates | Media City<br>Al Thuraya Tower 2, Ground Floor<br>Dubai |
| 56. | United Arab Emirates | Dubai Mall<br>LG, Shop Number 92<br>Dubai |

|      | Foreign Countries | Address |
|------|-------------------|---------|
| 57.  | United Kingdom    | 19-21 Great Portland Street, W1W 8QB London |

# EXHIBIT 4

**Interior Photos**
**Vapiano M Street, Washington, D.C.**

Vapiano M Street



Vapiano M Street



Vapiano M Street



Vapiano M Street



Vapiano M Street



# Interior Photos
# Vapiano Ballston, Arlington, Virginia

Vapiano Ballston



Vapiano Ballston



Vapiano Ballston



Vapiano Ballston



Vapiano Ballston



Vapiano Ballston



# Interior Photos
# Vapiano Dulles Town Center, Dulles Virginia

Vapiano Dulles Town Center



Vapiano Dulles Town Center



Vapiano Dulles Town Center



Vapiano Dulles Town Center



Vapiano Dulles Town Center



# EXHIBIT 5






VAPIANO - Windows Internet Explorer

File   Edit   View   Favorites   Tools   Help

http://www.vapiano-international.com/vapiano/

VAPIANO

**VAPIANO®** PASTA | PIZZA | BAR

EMPLOYMENT · SUBSCRIBE · VAPIANO INTERNATIONAL   **ORDER ONLINE** »GO

ABOUT · MENU · FRANCHISE · NEWS · LOCATIONS

DESIGN AND DRAMATIC ARCHITECTURE IS VAPIANO.

VAPIANO GIFT CERTIFICATES

A great way to say thank you to your friends, family or coworkers. A Vapiano Gift Certificate says "thank you" in a special way.

> *more*

Order lunch for yourself or your entire office and we'll have it ready when you are.

VAPIANO offers made to order hand tossed pizzas, house-made pasta and fresh gourmet salads. VAPIANO restaurants are a perfect idea for lunch hour meals and corporate business catering. Our new on line ordering system makes it easy for you to place your order and have it

**ORDER ONLINE**

**VAPIANO SPECIALS**










## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EWA-MARIE RUNDQUIST,

                Plaintiff,

      -v-

VAPIANO AG, VAPIANO
INTERNATIONAL LLC, and VAPIANO
FRANCHISE USA, LLC, f/k/a VAPIANO
FRANCHISING LLC,

                Defendants.

Case No. 1:09-cv-02207 (EGS)

Hon. Emmet G. Sullivan

### DECLARATION OF SCOTT H. CHRISTENSEN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THE FIRST AMENDED COMPLAINT

I, Scott H. Christensen, hereby declare as follows:

1.      I am an attorney admitted to practice before this Court.  I am a partner of the firm Hughes Hubbard & Reed LLP, attorneys representing Plaintiff Ewa-Marie Rundquist in the civil action entitled *Rundquist v. Vapiano AG*, No. 1:09-cv-02207 (EGS).  I have personal knowledge of the information contained in this declaration and, if called as a witness, could and would competently testify thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the certified translation into English of the documents used to serve Vapiano AG on January 14, 2010, pursuant to the Hague Convention.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the biography of Kent Hahne, downloaded on March 26, 2010 from the "Executive Bios" website for Vapiano, http://www.vapianointernational.com/vapiano/about/executive-bios/execuitve-bios.html.

4.      Attached hereto as Exhibit 3 is a true and correct copy of the certified translation into English of the letter from Vapiano SE refusing service, dated January 18, 2010, and a copy of the original letter.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Washington, D.C. on March 29, 2010.

Scott H. Christensen



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS  66208-3712

Telephone   (913) 341-3167
Toll Free      (800) 755-5775
Telefax        (913) 341-3168
www.legallanguage.com

March 25, 2010

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office.  These documents are designated as:

**Documents Concerning Service of Process in Germany upon the Defendant Vapiano AG**

Maria Victoria Portuguez, Manager of this company, certifies that Charles Doria, who translated this document, is fluent in German and standard North American English and qualified to translate.  She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this March 25, 2010.

Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires December 9, 2012

Sincerely,

Victor J. Hertz
President

| | | **Simplified Service** |
|---|---|---|
| File No. | Document Designation: | Preprinted Form for the enclosed Certificate of Service |
| 35 AR 205/10 | Vfg. v. 1/14/2010 | |

| Send back to the |
|---|
| ☒ County of the District Court |
| ☐ County of the State Court |
| ☐ Area served by German Mail AG |
| For service to the noted entry |
| ☐ Substitute service carried out |
| No substitute service to: ☐ |
| ☐ Not served by leaving in mailbox |
| ☐ Served with time-date information |

Company
Vapiano AG
c/o Kent Hahne
CEO and Chairman of the Board
Ollenhauerstr. 1

**53113 Bonn**

# <u>Cover Sheet for Dispatch of Service</u>

Together with the document package, this cover sheet for dispatch of service is valid for you as proof thereof, about which documents were served on you on which date.

Please therefore take good care of the cover sheet for dispatch of service together with the document package and the documents contained therein.

It is valid for you as evidence, if you have to declare which documents were served on you on which date.

*Cover Sheet for AVR40(DV)*

| Geschäftsnummer: | Bezeichnung des Schriftstücks: |
|---|---|
| 35 AR 205/10 | Vfg. v. 14.01.2010 |

**Vereinfachte Zustellung**
Anbei ein Vordruck zur Zustellungsurkunde

| Weitersenden innerhalb des |
|---|
| ☒ Bezirks des Amtsgerichts ☐ Bezirks des Landgerichts |
| ☐ Bereichs der Deutschen Post AG |

| Bei der Zustellung zu beachtende Vermerke |
|---|
| ☐ Ersatzzustellung ausgeschlossen |
| Keine Ersatzzustellung an: ☐ |
| ☐ Nicht durch Niederlegung zustellen. |
| ☐ Mit Angabe der Uhrzeit zustellen. |

Firma
Vapiano AG
c/o Kent Hahne
Präsident u. VorstVors
Ollenhauerstr. 1

**53113 Bonn**

# Vorblatt zur Zustellungssendung

Dieses Vorblatt zur Zustellungssendung dient Ihnen in Zusammenhang mit dem Umschlag als Nachweis dafür, welche Schriftstücke Ihnen an welchem Tag zugestellt wurden.

Bitte bewahren Sie daher dieses Vorblatt zur Zustellungssendung zusammen mit dem Umschlag und den darin befindlichen Schriftstücken auf.

Sie dienen Ihnen als Beleg, wenn Sie angeben müssen, welche Schriftstücke Ihnen an welchem Tag zugestellt wurden.

# CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served *

    - the (date)     _____

    - at (place, street, number)     _____
    _____

    - in one of the following methods authorised by article 5-

        ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

        ☐ (b) in accordance with the following particular method*:    _____
    _____

        ☐ (c) by delivery to the addressee, who accepted it voluntarily. *

    The documents referred to in the request have been delivered to:

    -(identity and description of person)    _____

    -relationship to the addressee (family, business, or other):    _____
    _____

2) that the document has not been served, by reason of the following facts*:
**Receipt of service was refused.  Vapiano AG has no registered office at the address provided.  Furthermore, Kent Hahne is unknown as CEO and Chairman of the Board.**

**The documents are returned intact and unopened.**

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes
Documents returned:
    **Attempted service together with attachments**

    _____

    _____     Done at   **Bonn**_____ , the   **February 12, 2010**

In appropriate cases, documents establishing the service:

    _____     Signature and / or stamp.

    _____

    _____     *[s. illegible]*

Z U S T E L L U N G S Z E U G N I S

C E R T I F I C A T E

A T T E S T A T I O N

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum) _____
     the (date)
     le (date)

   - in (Ort, Straße, Nummer) _____
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods authorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
        selon les formes légales (article 5, alinéa premier, lettre a) *).

     b) in der folgenden besonderen Form *):
        in accordance with the following particular method *);
        selon la forme particulière suivante *):

     c) durch einfache Übergabe *).
        by delivery to the addressee, who accepted it voluntarily *).
        par remise simple *).

   Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:
   The documents referred to in the request have been delivered to:
   Les documents mentionnés dans la demande ont été remis à:

   - (Name und Stellung der Person) _____
     (identity and description of person)
     (identité et qualité de la personne)

   - Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: _____
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):
   that the document has not been served, by reason of the following facts *):
   que la demande n'a pas été exécutée, en raison des faits suivants *):

   **Die Annahme der Zustellung wurde verweigert. Unter der angegebenen Anschrift habe die VAplano AG keinen Sitz. Ferner sei Kent Hahne als Präsident und Vorstandsvorsitzender nicht bekannt. Die Rückgabe der Unterlagen erfolgte unversehrt und ungeöffnet.**

   Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
   In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
   Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: **Zustellungsersuchen nebst Anlagen**
Documents returned:
Pièces renvoyées:

Gegebenenfalls Erledigungsstücke:                          Ausgefertigt in **Bonn** _____ am **12.02.2010**
In appropriate cases, documents establishing the service:   Done at
Le cas échéant, les documents justificatifs de l'exécution: Fait à

_____                                                       _Hitz. Richtpflegun_

_____                                                       Unterschrift und/oder Stempel.
_____                                                       Signature and/or stamp.
                                                            Signature et/ou cachet.

*) Unzutreffendes streichen.



EMPLOYMENT • SUBSCRIBE • VAPIANO INTERNATIONAL

**ORDER ONLINE** **>> GO**

ABOUT    MENU    FRANCHISE    NEWS    LOCATIONS

CONCEPT
> EXECUTIVE BIOS
AWARDS & ACCOLADES
CONTACT US

„A good restaurant indulges any of my senses."
*Kent Hahne – President and Founder*



### KENT HAHNE
**President and Founder**

A restaurant guy all his life, Mr. Hahne started working at McDonalds at the age of 15 next to his school. After college, where he studied Accounting and Computer Programming he opened his own restaurant in Germany – catering to the embassies in Bonn. After that Mr. Hahne became McDonald's youngest franchisee in Germany, opened 14 restaurants in former East Germany and sold out in February 2006. Mr. Hahne founded VAPIANO in 2002 with his partners. He's also founder and owner of the well known SEGAFREDO in Europe, Desert Moon Café and Tacuba in the USA. He is now expanding VAPIANO full time. In 2008 Mr. Hahne founded the european Restaurant & Retail Management Company APEIRON – www.apeiron-ag.com. With a group of experts, Mr. Hahne is responsible for worldwide franchise sales, support and communications. Mr. Hahne is married with four children and is a born US citizen, growing up on both sides of the Atlantic.



### BILL BESSETTE
**CEO Vapiano USA, Canada, Middle & South America**

Bill Bessette joined the United States Marine Corps at age 17. After serving 7 years, he graduated college before transitioning into the restaurant industry with the Outback Steakhouse team. His immediate success led him to the Chart House Restaurants where he spent 8 years covering key markets, working his way up to Regional Manager for the Northeast. Mr. Bessette joined Legal Sea Foods as the Director of Operations in 2004 overseeing 10 restaurants, before accepting a position as Sr. Vice President of Operations overseeing 32 restaurants (Including 3 different concept Legal Sea Foods, Legal Test Kitchen and Legal C-bar). Mr. Bessette's work in US markets includes: California, Texas, Colorado, Florida, DC, Atlanta, Philadelphia, NY/NJ, and Boston.



### GREGOR GERLACH
**CFO**

Gregor Gerlach was Vapiano's original investor five years ago and continues to serve as the Chairman of the Board. Mr. Gerlach is currently the CEO of Seaside Hotels, a boutique hotel chain with 7 world class hotels in Germany and Spain. Mr. Gerlach spent four years with McKinsey after receiving his MBA from the Kellogg School of Management at Northwestern University.



Order lunch for yourself or your entire office and we'll have it ready when you are.
VAPIANO offers made to order hand tossed pizzas, house-made pasta and fresh gourmet salads. VAPIANO restaurants are a perfect idea for lunch hour meals and corporate/ business catering. Our new on line ordering system makes it easy for you to place your order and have it ready to pick and carry out. Available at select locations, ORDER ON LINE NOW!
**> more**



„VAPIANO is a fuelstop for grown ups."
This once was said by a very knowledgeable woman in the industry which in our eyes says it all. VAPIANO was thought up by a group of entrepenuers that have been in the hospitality business all their lives who all worked in the Industry at very young ages.
**> more**



Gather at VAPIANO for your next special event or party.
Celebrate with us! Choose the package that will make your next special event or party perfect!
**> more**



VAPIANO franchises in the USA, CANADA, Middle and South America
We are looking for: franchise partners that can operate and manage more VAPIANO Restaurants in specific regions or countries.
**> more**



**LEGAL LANGUAGE SERVICES**

A division of ALS International
8014 State Line Road
Suite 110
Leawood, KS  66208-3712

Telephone   (913) 341-3167
Toll Free    (800) 755-5775
Telefax      (913) 341-3168
www.legallanguage.com

March 26, 2010

To whom it may concern:

This is to certify that the attached translation from German into English is an accurate representation of the documents received by this office.  These documents are designated as:

### Letter From Vapiano SE Refusing Service of Process

Maria Victoria Portuguez, Manager of this company, certifies that Allen Edwards, who translated this document, is fluent in German and standard North American English and qualified to translate.  She attests to the following:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".

Signature of Maria Victoria Portuguez

Subscribed and sworn to before me this March 26, 2010.

Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
My commission expires December 9, 2012

Sincerely,

Victor J. Hertz
President

**VAPIANO SE**
**OLLENHAUERSTRASSE 1**
**D-53113 BONN**



VAPIANO SE · OLLENHAUERSTRASSE 1 · D-53113 BONN

District Court of Bonn
Docket No. 35 AR 205/10
53105 Bonn

Your contact person:
Uta Hodeige
e-Mail: u.hodeige@vapiano.eu
Phone: +4922885467105
Our reference: uh

Monday, January 18, 2010

Service of Process in the following matter: 35 AR 205/10

Ladies and Gentlemen:

We wish to inform you that the firm of Vapiano AG has no office at the address to which your
service of process was made.  Furthermore, Kent Hahne, described as President and Chairman of
the Managing Board, is unknown to us. Accordingly we are returning to you, unopened and
undamaged, the documents in question for your further use.

Cordially,

[signature]

Uta Hodeige
Management Assistance

PHONE: +49 (0) 228 854 67-0
FAX: +49 (0) 228 854 67-299
info@vapiano.eu
www.vapiano.com
MANAGING BOARD CHAIRMAN: MIRKO SILZ
SUPERVISORY BOARD CHAIRMAN:
GREGOR GERLACH
DISTRICT COURT OF BONN REGISTER NO. 16304
TAX I.D. NO.: 205/5751/0572
VAT I.D. NO. DE 261 056 580

VAPIANO SE
OLLENHAUERSTRASSE 1
D-53113 BONN



VAPIANO® PASTA | PIZZA | BAR

VAPIANO SE  OLLENHAUERSTRASSE 1  D-53113 BONN

**Amtsgericht Bonn**
Geschäfts-NR. 35 AR 205/10
53105 Bonn

Ihr Ansprechpartner:
Uta Hodeige
E-Mail: u.hodeige@vapiano.eu
Phone: +4922885467105
Unser Zeichen: uh

Montag, 18. Jan. 2010

Zustellung für Geschäftsnummer: 35 AR 205/10

Sehr geehrte Damen und Herren,

wir möchten Ihnen zur Kenntnis bringen, dass unter der zugestellten Anschrift die Vapiano AG keinen
Sitz hat und nicht existiert. Weiterhin ist uns Kent Hahne als Präsident und VorstVors nicht bekannt.
So erlauben wir uns, Ihnen die Zustellung – unversehrt und ungeöffnet – wieder zu Ihrer weiteren
Verwendung zurück zu senden.

Mit freundlichen Grüßen

Uta Hodeige
Management Assistance

PHONE: +49 (0) 228 854 67-0
FAX: +49 (0) 228 854 67-299
info@vapiano.eu
www.vapiano.com
VORSTAND: MIRKO SILZ
AUFSICHTSRATSVORSITZENDER:
GREGOR GERLACH
AMTSGERICHT BONN HRB 16304
STEUER-NR.: 205/5751/0572
UST-ID-NR. DE 261 056 580